TARKINGTON, Movant, v. WALLACE et al., Opposed.

Court of Appeals of Kentucky.

Feb. 9, 1940.

Gilbert & Davis and Coleman Wright for movant.

George L. Willis, Jr., opposed.

PER CURIAM.

Appeal denied; judgment affirmed with damages.

CITY OF CORBIN, Kentucky, Movant, v. HIGHTOWER, Opposed.

Court of Appeals of Kentucky.

Feb. 13, 1940.

M. A. Gray for movant.

C. B. Upton, opposed.

PER CURIAM.

Appeal denied; judgment affirmed with damages.

CITY OF HOPKINSVILLE, Ky., Movant, v. KING, Doing Business as King Coal & Transfer Company, Opposed.

Court of Appeals of Kentucky.

Feb. 13, 1940.

Franklin Rives for movant.

H. W. Linton, opposed.

PER CURIAM.

Appeal denied; judgment affirmed with damages.